USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHYREL WARE,

                              Plaintiff,

              -against-

SGT. GUNSET; C.O. COLOMBO; C.O. JOHN
DOE; C.O. JOHN DOE

                              Defendants.

24-CV-454 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Plaintiff, who currently is incarcerated at Mid-State Correctional Facility, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that Defendants assaulted him. This Court issued an Order of Service on January 30, 2024 that contained a *Valentin* Order stating the New York State Attorney General's Office ("Attorney General") must ascertain the identity and badge number of each John Doe whom Plaintiff seeks to sue here and the address where the defendant may be served. (ECF No. 6). The Attorney General must provide this information to Plaintiff and the Court within sixty days of this order.

On March 29, 2024, the Attorney General wrote the Court indicating that it was able to identify some, but not all, of the Defendants named by Plaintiff. In particular, the Attorney General requests additional information and description of the Escort Corrections Officer and Intake Corrections Officer Plaintiff describes in his Complaint.

Within thirty days of this order, *pro se* Plaintiff is directed to provide the New York State Attorney General with more detailed, descriptive information for Escort Corrections Officer and Intake Corrections Officer to assist the Attorney General in properly identifying these Defendants. Within thirty days after Plaintiff provides this information, the Attorney General

shall identify the defendants whom Plaintiff seeks to sue here and the addresses where these defendants may be served.

The Clerk of Court is respectfully directed to mail a copy of this Order and a copy of the Attorney General's letter located at ECF No. 12 to *pro se* Plaintiff at the address listed on ECF and to show service on the docket.

SO ORDERED.

Dated:     April 17, 2024
           White Plains, New York

_____
           NELSON S. ROMÁN
           United States District Judge